|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>September 15, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER FAUST,<br><br>　　　　　Defendant. | Case No.  2:24-cr-00191-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER FAUST,

Case No.  2:24-cr-00191-KJM, Charge 18 U.S.C. § 3606 (Violation of Supervised

Release), from custody for the following reasons:

　　X　Release on conditions to include electronic monitoring.

　　　　Bail Posted in the Sum of $ _____

　　　　　　Unsecured Appearance Bond $ _____

　　　　　　Appearance Bond with 10% Deposit

　　　　　　Appearance Bond with Surety

　　　　　　Corporate Surety Bail Bond

　　　　　　(Other):

Sacramento County Jail is further ORDERED to release the defendant with a

　　X　30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 15, 2025 at 2:40 p.m.

　　　　　　　　　　　　　　By:  _/s/ Jeremy Peterson_____
　　　　　　　　　　　　　　　　　Magistrate Judge Jeremy D. Peterson